JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE TURNER,<br><br>          Plaintiff,<br><br>     vs.<br><br>CHILI'S, a corporation; and DOES 1 to 100, Inclusive,<br><br>          Defendants. | CASE No.: CV-14-8793-GW(AJWx)<br><br>[Assigned for all purposes to the Honorable George H. Wu]<br><br>**ORDER TO SUBMIT CLAIMS TO BINDING ARBITRATION AND NOTICE OF VACATING SCHEDULING CONFERENCE AND RELATED DATES**<br><br>**[Filed concurrently with Joint Stipulation ]**<br><br>Complaint Filed:  October 1, 2014<br>Removed:            November 13, 2014 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**ORDER TO SUBMIT CLAIMS TO BINDING ARBITRATION AND NOTICE OF VACATING SCHEDULING CONFERENCE AND RELATED DATES**

## ORDER

Having reviewed the Stipulation and [Proposed] Order to Submit Claims to Binding Arbitration, and for good cause shown, the Court hereby orders as follows:

1. Plaintiff's Complaint in this action shall be dismissed without prejudice, but the Court shall retain jurisdiction over this action to confirm, correct, vacate or enforce any arbitration award pursuant to applicable law;

2. All issues arising in connection with this action shall be submitted to binding arbitration pursuant to the Arbitration Agreement;

3. The prevailing party may be awarded attorney's fees to the extent permitted by California law and consistent with the Arbitration Agreement;

4. Brinker shall bear all costs unique to arbitration, including the Arbitrator's fees; and

5. Arbitration shall be initiated by a joint request submitted to a mutually acceptable arbitrator (*i.e.* this stipulation) consistent with the terms of the Arbitration Agreement; and

6. The Scheduling Conference set for January 8, 2015 at 8:30 a.m. is vacated. Accordingly, the parties are not required to submit a Joint F.R.C.P. 26(f) report.

**IT IS SO ORDERED.**

Dated:  December 1, 2014

_____
GEORGE H. WU, U.S. District Judge

[FILED CONCURRENTLY WITH JOINT STIPULATION]

1
2
3  4847-9107-2544, v.  2
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[FILED CONCURRENTLY WITH JOINT STIPULATION ]**